Approved by: _Lori L. Doughty_            ORIGINAL
             LORI DOUGHTY
             Special Assistant United States Attorney

Before:    THE HONORABLE MARTIN R. GOLDBERG
           United States Magistrate Judge
           Southern District of New York    21 MJ 07467

- - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :    MISDEMEANOR
                                      COMPLAINT
                                    :
          -v-                                Violation of
                                    :
                                       NYVTL 511

ZICO K. GAYNOR
                                  :    COUNTY OF OFFENSE:
        Defendant                       ORANGE

- - - - - - - - - - - - - - - - - - - - - -x

SOUTHERN DISTRICT OF NEW YORK, ss.:

     Lucas Olson
   ~~Victor A. Vazquez~~, being duly sworn, deposes and says that he is a Court Liaison assigned to the Provost Marshal Office, at the United States Military Academy, West Point, New York, and charges as follows:

COUNT ONE

    On or about April 21, 2021, at the United States Military Academy, West Point, New York, within the special maritime and territorial jurisdiction of the United States, in the Southern District of New York, ZICO K. GAYNOR, the defendant, unlawfully, knowingly and willfully operated a motor vehicle upon a public road while knowing, or having reason to know, that his license to operate such motor vehicle in New York was suspended, revoked, or otherwise withdrawn by the commissioner, to wit, the defendant was observed operating his motor vehicle at Stony Lonesome gate and an investigation revealed that the defendant's license was suspended.

    (New York Vehicle and Traffic Law, Section 511)

The basis for the deponent's knowledge and for the foregoing charges are, in part, as follows:

1. I am Court Liaison, assigned to the Provost Marshal Office, at the United States Military Academy, West Point, New York, which is located in the Southern District of New

York.

2. On or about April 21, 2021 at approximately 9:50 a.m., the defendant was attempting to gain access to the West Point Military Installation via the Stony Lonesome gate when the gate guard detected an odor of marijuana. The defendant was asked to pull off to the side. When the Military Police arrived and conducted a check on the defendant's driver's license, it was discovered that the license was suspended as of 21 February 2021 the defendant's license was suspended for failing to answer a summons.

3. The defendant was issued a District Court Violation Notice for operating a motor vehicle while license was suspended or revoked (DCVN number 8005346/SY10) and was released on his own recognizance.

**WHEREFORE**, deponent prays that the above defendant be imprisoned or bailed, as the case may be.

~~VICTOR A. VAZQUEZ~~ Lucas Olxñ
Court Liaison

Sworn to before me this
30th day of July, 2021

HONORABLE MARTIN R. GOLDBERG
United States Magistrate Judge
Southern District of New York